**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRITTANY POPE,**  *Plaintiff,*  v.  **WALMART, et al.,**  *Defendants.* | Civil Action No. 21-20479(MCA)  **ORDER** |

**THIS MATTER** comes before the Court by way of plaintiffs' motion to remand this case to state court, ECF No. 4;

and it appearing that Judge Almonte issued a Report and Recommendation dated July 29, 2022, in which Judge Almonte recommended that this Court deny plaintiffs' motion to remand, ECF No. 12; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Almonte's Report and Recommendation;

**IT IS** on this 17th day of August, 2022,

**ORDERED** that Judge Almonte's Report and Recommendation dated July 29, 2022, is **ADOPTED** and plaintiffs' motion to remand ECF. No. 4 is **DENIED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**